IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD MUKETE MUKUM | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-2235-P |
| | § | |
| ALBERTO GONZALES, | § | |
| U.S. Attorney General, ET AL. | § | |
| | § | |
| Respondents. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 8th day of February 2007.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE